ACCEPTED
12-14-00014-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/22/2015 9:14:48 AM
CATHY LUSK
CLERK



**THIEBAUD
REMINGTON
THORNTON
BAILEY LLP**

Russell G. Thornton
214.954.2217

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/22/2015 9:14:48 AM
CATHY S. LUSK
Clerk

RThornton@trtblaw.com

January 22, 2015

Ms. Lois Rogers                                                **VIA E-FILE**
Smith County District Clerk
Smith County Courthouse
100 N. Broadway, Room 204
Tyler, Texas  75702

> **Re:    Cause No. 13-0984-A**
> **Jody Delaune, et al vs. East Texas Medical Center EMS, et al**
> **Our File No. 2070/13249**

Dear Ms. Rogers:

My law firm represents East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services in the above-referenced matter.  We are appealing the Court's Final Judgment to the Twelfth Court of Appeals in Tyler.  A Notice of Appeal has been filed with the trial court and the court of appeals.

This letter is to ask you to please prepare and file with the Twelfth District Court of Appeals the following pleadings and/or filings and all attachments thereto:

1.    Plaintiffs' Original Petition (filed on or about April 15, 2013);
2.    Defendants Linda Moore and Lindy Spurgers' Original Answer (filed on or about June 10, 2013);
3.    Defendant East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services' Original Answer (filed on or about June 10, 2013);
4.    Plaintiffs' First Amended Petition (filed on or about June 13, 2013);
5.    Plaintiffs' Second Amended Petition (filed on or about September 19, 2013);
6.    Defendants' Traditional and No Evidence Motions for Summary Judgment with included exhibits (filed on or about June 9, 2014);
7.    Plaintiffs' Response to Defendants' Traditional and No Evidence Motions for Summary Judgment with included exhibits (filed on or about July 14, 2014);

1445 Ross Avenue, Suite 4800
Dallas, Texas 75202-2701
214.954.2200 · 214.754.0999 Fax
www.trtblaw.com

8.  Defendant East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services' First Amended Original Answer (filed on or about July 18, 2014);

9.  Defendants Linda Moore and Lindy Spurgers' First Amended Original Answer (filed on or about July 18, 2014);

10. Defendants' Reply to Plaintiffs' Response to Defendants' Traditional and No Evidence Motions for Summary Judgment (filed on or about July 18, 2014);

11. Order on Defendants' Traditional and No Evidence Motions for Summary Judgment (entered on or about July 29, 2014);

12. Defendant East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services' Second Amended Original Answer (filed on or about October 6, 2014);

13. Charge of Court completed by jury (entered on or about November 24, 2014);

14. Plaintiffs' Motion for Judgment on the Verdict (filed on or about November 26, 2014);

15. Plaintiffs' First Amended Motion for Judgment on the Verdict with included exhibits (filed on or about December 2, 2014);

16. Defendant East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services' Response to Plaintiffs' First Amended Motion for Judgment on the Verdict and Motion for Judgment Non Obstante Veredicto with included exhibits (filed on or about December 16, 2014);

17. Final Judgment (entered on or about December 23, 2014), and;

18. Plaintiffs' Response to Defendant's Response to Plaintiffs' First Amended Motion for Judgment on the Verdict and Motion for Judgment Non Obstante Veredicto with included exhibits (filed on or about December 31, 2014).

Please let me know the cost of copying the Clerk's Record, and I will provide a check for costs. We also request that a copy of the Clerk's Record be sent to our office via our FedEx Account No. 2183-2228-0. Thank you for your attention to this matter. Please feel free to contact me with any questions you may have.

Thank you for your assistance in this matter. Please contact me at 214-954-2217 with any questions you may have.

Very truly yours,

/s/Russell G. Thornton
Russell G. Thornton

RGT:blm

Cc: Mr. Ryan Krebs, M.D., J.D. (via E-Serve/E-Mail & CMRRR)
Clerk of the 12th Court of Appeals (via E-File)